[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 174.]

THE STATE EX REL. BAILEY, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Bailey v. Indus. Comm.*, 1998-Ohio-259.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2091—Submitted May 12, 1998—Decided June 17, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD09-1284.

_____

*Betty D. Montgomery*, Attorney General, and *William J. McDonald*, Assistant Attorney General, for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____